Fill in this information to identify the case:

Debtor name: Lagos, Rachel Anne

United States Bankruptcy Court for the: District of Maryland, Baltimore Division

Case number (if known): 17-11330

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Aes/bank One<br>Po Box 61047<br>Harrisburg, PA 17106 | Aes/bank One | | | | | $15,736.00 |
| 2 | Aes/pheaafrn<br>Pob 61047<br>Harrisburg, PA 17106 | Aes/pheaafrn | | | | | $18,057.00 |
| 3 | Aes/pnc Bank<br>P.O. Box 2461<br>Harrisburg, PA 17105 | Aes/pnc Bank | 297 Educational | | | | $13,295.00 |
| 4 | Bank Of America<br>NC4-105-03-14<br>PO Box 26012<br>Greensboro, NC 27410 | Bank Of America | CreditCard | | | | $9,856.00 |
| 5 | Bankers Healthcare Group LLLC<br>10234 W. State Road 84<br>Davie, FL 33324 | Bankers Healthcare Group LLLC | | | | | $35,602.00 |
| 6 | Bankers Healthcare Group LLLC<br>10234 W. State Road 84<br>Davie, FL 33324 | Bankers Healthcare Group LLLC | | | | | $25,010.00 |
| 7 | BHG<br>PO Box 306005<br>Nashville, TN 37230 | BHG | | | | | $13,617.00 |
| 8 | Bmw Bank Of North Amer<br>2735 E Parleys Ways Ste<br>Salt Lake City, UT 84109 | Bmw Bank Of North Amer | CreditCard | | | | $10,177.00 |

Debtor    Lagos, Rachel Anne
          Name                                                       Case number *(if known)* 17-11330

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Clear Mountain Bank<br>Clear Mountain Bank<br>Po Box 205<br>Bruceton Mills, WV 26525 | Clear Mountain Bank | | Unliquidated | $99,477.00 | $35,000.00 | $64,477.00 |
| 10 | Discover Financial<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial | CreditCard | | | | $12,177.00 |
| 11 | First Mark Services<br>PO Box 2977<br>Omaha, NE 68103 | First Mark Services | | | | | $20,879.00 |
| 12 | Internal Revenue Service<br>PO Box 16236<br>Philadelphia, PA 14114 | Internal Revenue Service | | | | | $11,289.00 |
| 13 | Lagos-Antonakos, James<br>3650 Patuxtent River Road<br>Davidsonville, MD 21035 | Lagos-Antonakos, James | | | | | $20,000.00 |
| 14 | Navient<br>Attn: Claims Dept<br>PO Box 9500<br>Wilkes-Barr, PA 18773 | Navient | 240 Educational | | | | $15,661.00 |
| 15 | Navient<br>Attn: Claims Dept<br>PO Box 9500<br>Wilkes-Barr, PA 18773 | Navient | | | | | $13,655.00 |
| 16 | Navient<br>Attn: Claims Dept<br>PO Box 9500<br>Wilkes- Barr, PA 18773 | Navient | | | | | $9,061.00 |
| 17 | Pnc Bank<br>Attn: Bankruptcy<br>Pittsburgh, PA 15222 | Pnc Bank | | | | | $28,000.00 |
| 18 | Sallie Mae<br>Po Box 3229<br>Wilmington, DE 19804-0229 | Sallie Mae | | | | | $18,000.00 |
| 19 | Usaa Svg Bk<br>10750 McDermott Freeway<br>San Antonio, TX 78288 | Usaa Svg Bk | CreditCard | | | | $10,668.00 |
| 20 | Wells Fargo<br>Wells Fargo Bank<br>PO Box 5185<br>Sioux Falls, SD 57117 | Wells Fargo | | | | | $10,392.00 |

CERTIFICATE OF SERVICE

    I hereby certify that on March 24, 2017 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Debtor's List of Twenty Largest Unsecured Creditors will be served electronically by the Court's CM/ECF system on the following:

    Michael J. Klima    bankruptcy@peroutkalaw.com

    Katherine A. (UST) Levin    Katherine.A.Levin@usdoj.gov, brenda.b.wilmore@usdoj.gov

    US Trustee - Baltimore    USTPRegion04.BA.ECF@USDOJ.GO

                                          */s/ Morgan W. Fisher*
                                            Morgan W. Fisher