IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:

**Rachel Lagos**

Debtor(s)

Case No.  17-11330
Chapter 11

## SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and FRBP 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . ... . . . . . . . . . $922.00

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . ... . . . . . . $922.00

Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ... . . . . . . . . . $Per Fee App.
Initial Payment: $3,500.00.

2. The Source of compensation to me was the Debtor(s).

3. The source of compensation to be paid to me is Debtor(s) unless otherwise agreed.

4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal services including:

   - Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   - Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   - Representation of the debtor at the e meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**
**(Continued)**

- Contested matters other than Adversary Proceedings unless otherwise agreed.

Respectfully submitted.

<u>/s/ *Morgan W. Fisher*</u>
 Morgan W. Fisher #28711

Law Offices of Morgan Fisher, LLC
1125 West St., #227
Annapolis, MD 21401
410-626-6111
mwf@MorganFisherLaw.com
*Attorney for the Debtor(s)*

Dated July 14, 2017