

**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **17–11330 – MMH**   Chapter: **11**

**Rachel Anne Lagos,**
Debtor.

## ORDER AUTHORIZING
## DISTRIBUTION OF DISCLOSURE STATEMENT
## AND FIXING TIME FOR FILING OF
## OBJECTION TO DISCLOSURE STATEMENT
## COMBINED WITH HEARING ON CONFIRMATION OF PLAN
## TOGETHER WITH NOTICE OF HEARING THEREON

A Plan of Reorganization and a Disclosure Statement therefor were filed by Rachel Anne Lagos (the "Plan Sponsor") on February 15, 2018. The Court has determined, pursuant to 11 U.S.C. § 105(d)(2)(B), that a hearing on the adequacy of the Disclosure Statement should be combined with a hearing on confirmation of the Plan and that the same is in the best interests of all parties in interest, and that acceptances and rejections of the Plan may be solicited pending, and contingent upon, approval of the Disclosure Statement.

IT IS ORDERED, and notice is hereby given that:

A. A hearing to consider the approval of the Disclosure Statement, combined with the hearing of confirmation of the Plan Sponsor's Plan of reorganization, shall be held in **Courtroom 9C of the U.S. Bankruptcy Court, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201, on April 9, 2018, at 1:30 p.m.**

B. **March 28, 2018,** is fixed as the last day for filing and serving written objections pursuant to Federal Bankruptcy Rules 3017(a) and for filing and serving written objections to confirmation of the Plan pursuant to Federal Bankruptcy Rule 3020(b)(1).

C. **March 28, 2018,** is fixed as the last day for filing written acceptances or rejections of the Plan referred to above. Acceptances and rejections should be filed with the attorney for the Plan Sponsor at the address below.

D. **Within seven days** after the entry of this Order, the Plan Sponsor shall transmit this Order, the Plan, the Disclosure Statement, and a ballot conforming to Official Form 314 to creditors, equity security holders, other parties in interest, and the United States Trustee, as provided in Federal Bankruptcy Rule 3017(d). Counsel for the Plan Sponsor shall promptly file a certificate of service.

cc: Attorney for Plan Sponsor:
Morgan William Fisher
Law Offices of Morgan Fisher LLC
1125 West St., Suite 227
Annapolis, MD 21401

U.S. Trustee

## End of Order

04x10 (rev. 12/01/2009) – akomisarek