IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| **In re** | **Bankruptcy Case No.:** |
| **Rachel Lagos** | **17-11330** |
| **Debtor** | |

**ORDER DISMISSING CHAPTER 11 CASE
AND NOTICE THAT AUTOMATIC STAY IS TERMINATED**

Upon consideration of the U.S. Trustee's Motion to Dismiss Case, any responses thereto, after notice and a hearing, it appearing that cause exists for this case to be dismissed pursuant to 11 U.S.C. §1112(b), and that dismissal is in the best interests of creditors and the estate, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the above-captioned case be and hereby is dismissed; and

**ALL PARTIES ARE HEREBY NOTIFIED**, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   Katherine A. Levin
      Debtor's counsel
      All Creditors

**[End of Order]**